Criminal Std (4/4/2011)

HONORABLE: D. F. Martinez
DEPUTY CLERK R. K. Wood      RPTR/ECRO/TAPE FTR
USPO M. Chester              INTERPRETER

TOTAL TIME: 1 hours 5 minutes

DATE: Mar 14, 2012   START TIME: 1:25 p.m.   END TIME: 2:30 p.m.

## COURTROOM MINUTES

- [ ] IA-INITIAL APPEAR
- [x] IA- RULE 5
- [ ] ARRAIGNMENT
- [ ] CONFLICT HRG
- [x] BOND HRG  10m
- 7m [x] DETENTION HRG  48m
- [ ] PROBABLE CAUSE
- [ ] EVIDENTIARY HRG
- [ ] CHANGE OF PLEA
- [ ] WAIVER/PLEA HRG
- [ ] EXTRADITION HRG
- [ ] STATUS CONF
- [ ] IN CAMERA HRG
- [ ] COMPETENCY HRG
- [ ] FORFEITURE

CRIMINAL NO. 3:12MJ70 (DFM)    DEFT # 1

UNITED STATES OF AMERICA
vs
MARK MCCORRISON

B. Leaming
AUSA

R. Golger
Counsel for Defendant  Ret [ ]  CJA [x]  PDA [ ]

---

- [ ] ......Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [x] ......[ ] Arrest Date (CT Case): _____  [ ] Case unsealed or [x] Rule 5 arrest, 3/14/12 Dist of S.D.N.Y.
- [x] ......CJA 23 Financial Affidavit filed [x] under seal
- [ ] ......Order Appointing Federal Public Defender's Office filed
- [x] ......Court appoints Attorney R. Golger to represent defendant for [ ] this proceeding only [x] all proceedings
- [x] ......Appearance of R. Golger _____ filed
- [ ] ......[ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] ......[ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ......[ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ......[ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] ......Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [ ] ......Plea of [ ] not guilty [ ] guilty [ ] nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- [ ] ......Petition to Enter Guilty Plea filed
- [ ] ......Defendant motions due _____ ; Government responses due _____
- [ ] ......Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] ......Hearing on Pending Motions scheduled for _____ at _____
- [ ] ......Jury Selection set for _____ at _____
- [ ] ......Remaining Count(s) to be dismissed at sentencing
- [ ] ......Sentencing set for _____ at _____   [ ] Probation 246B Order for PSI & Report
- [ ] ......Special Assessment of $_____ on count(s) _____. Total $_____  [ ] Due immediately [ ] Pay at sentencing
- [ ] ......Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ......Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ......Order of Detention filed
- [ ] ......Deft ordered removed/committed to originating /another District of _____
- [ ] ......No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [x] ......Waiver of Rule 5 Hearing filed
- [ ] ......Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [x] ......Bond [x] set at $ 10,000.00   [ ] reduced to $ _____   [x] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] ......Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] ......Defendant detained
- [ ] ......_____ Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- [ ] ......Set Attorney Flag and notify Federal Grievance Clerk

[x] SEE page II for [x] conditions of bond [x] additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

ADDITIONAL PROCEEDINGS

| | | |
|---|---|---|
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ___ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ___ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ___ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ___ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... DFM advises the deft of his rights including rule 5 | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☒ ..... Order Holding Defendant To Answer And To Appear In District Of | ☒ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Prosecution Or District Having Probation Jurisdiction. | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |